IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

RONY MAURIVAL,

    Petitioner,

v.

WARDEN D. GREENWALT,

    Respondent.

CIVIL ACTION NO.: 5:20-cv-148

**O R D E R**

Respondent has moved to dismiss Petitioner's action for habeas corpus relief. Doc. 3. The Court **ORDERS** Petitioner to file a response to Respondent's Motion to Dismiss within 14 days of the date of this Order. If Petitioner does not file a response within 14 days, the Court may dismiss this action for failure to follow a Court Order. Additionally, if Petitioner does not file a response within 14 days, the Court will assume Petitioner does not object to dismissal of this action and may grant Respondent's Motion to Dismiss as unopposed.

**SO ORDERED**, this 6th day of January, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA