# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RONY MAURIVAL, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-148 |
| v. | * | |
| D. GREENWALT, | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Petitioner Rony Maurival ("Maurival") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned to the Court as undeliverable, with the notation: "Return to Sender: No Longer Here 1/21." Dkt. No. 8, p. 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Maurival's 28 U.S.C. § 2241 Petition for failure to follow this Court Orders, **DENIES as moot** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case

AO 72A
(Rev. 8/82)

and enter the appropriate judgment of dismissal, and **DENIES** Maurival *in forma pauperis* status on appeal.

**SO ORDERED**, this ___29___ day of ___January___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)